ADR

IFP NP

NC

FILED

2008 MAR -7 P 3:56

RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J.

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name BADILLO ESTEBAN G
(Last) (First) (Initial)

Prisoner Number CBU898 • BK# 08002573

Institutional Address DEPARTMENT OF CORRECTION @ 885 N. SAN PEDRO ST SAN JOSE CA 95110. U.S.A.

---

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

(Enter the full name of plaintiff in this action.)

ESTEBAN G BADILLO

vs.

COUNTY OF SANTA CLARA. SANTA CLARA COUNTY VALLEY HEALTH AND HOSPITAL SYSTEN ADULT CUSTODY HEALTH SERVICES. SANTA CLARA COUNTY-DEPARTMENT OF CORRECTION, AND THE DOES 1-50 ET.AL.

(Enter the full name of the defendant(s) in this action)

Case No. C 08 01331 PJH
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

***[All questions on this complaint form must be answered in order for your action to proceed..]***

I. Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement DEPARTMENT OF CORRECTION @ 885 N. SAN PEDRO ST. SAN JOSE CA. 95110.

B. Is there a grievance procedure in this institution?

YES (X) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES( ) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal ______________________________________________

_______________________________________________________________

_______________________________________________________________ 2. First formal level______________________________________________

_______________________________________________________________

_______________________________________________

3. Second formal level_____________________________________________

_______________________________________________________________

_______________________________________________________________ 4 Third formal level _____________________________________________

_______________________________________________________________

_______________________________________________

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( ) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.___________________________________________________________

_______________________________________________________________

_______________________________________________________________

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_______________________________________________________________

_______________________________________________________________

_______________________________________________________________

B. Write the full name of each defendant, his or her official position, and his or her

place of employment.

III.

Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

SEE ATTACHED PAGES 1-3

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

__________________________________________

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __________ day of 3 · 4, 2008

Esteban Badillo
(Plaintiff's signature)

ESTEBAN G. BADILLO. CBU898
SANTA CLARA COUNTY DEPARTMENT OF CORRECTION@
885 N. SAN PEDRO ST
SAN JOSE, CA 95110-1718
TELEPHONE: (408) 299-1700

( CASE NO.:

(APPLICATION FOR LEAVE
(TO PRESENT LATE CLAIM
( GOV. CODE § 911.4.

ESTEBAN G. BADILLO )
CLAIMANT )
VS )
AGAINST )

COUNTY OF SANTA CLARA.
SANTA CLARA COUNTY VALLEY HEALTH AND HOSPITAL SYSTEM ADULT CUSTODY HEALTH SERVICES.
SANTA CLARA COUNTY DEPARTMENT OF CORRECTION.
SANTA CLARA COUNTY BOARD OF SUPERVISORS.
CAPTAIN: SANDRA PADGET #111. ADA COORDINATOR.
CHRIS FERRY; DIRECTOR. ADULT CUSTODY HEALTH SERVICES, CAPTAIN WONG COMMANDER OF MAIN JAIL COMPLEX, DOCTOR ALEXANDER CHYORNEY M.D.
LORI HORN-NURSE MANAGER.
EDWARD FLORES - CHIEF OF CORRECTION.
COUNTY EXECUTIVE PETER KUTRAS AND WITH THE COUNTY OF SANTA CLARA AGENCIES, AND COUNTY OF SANTA CLARA PERSONNEL AS HEREN SPECIFIED.

THE CLAIM IS FOUNDED ON A COUSE OF ACTION FOR VIOLATIONS. AS FOLLOWS MEDICAL MALPRACTICE, PERSONAL INJURIES BASED ON NEGLIGENCE AS DEFINED IN [CALIFORNIA CIVIL CODE 1714(a) AND 3333]. AND CAUSE OF ACTION, INCLUDING BUT NOT LIMITED TO CRUEL AND/OR UNUSUAL PUNISHMENT, DISCRIMINATION BASED ON MY SEX, SEXUAL ORIENTATION, RACE AND/OR ETHNIEITY DEPRIVATION OF MEDICAL CARE AND TREATMENT TO MY IMMEDIATE AND SERIOUS MEDICAL NEED, MEDICAL MALPRACTICE, MEDICAL NEGLIGENCE, DEPRIVATION OF DUE PROCESS, LOCAL DETENTION FACILITY (COUNTY JAIL) FAILURE AND/OR REFUSAL TO ADEQUATELY AND PROPERLY TRAIN BOTH CORRECTION PERSONNEL OR OFFICIALS TO ATTEND, ASSIST, HELP, OR PROVIDE MEDICAL NECCESSITIES TO INMATES WHO REQUIRE SPECIAL HOUSING, SPECIAL MEDIEAL NEEDS AND SERVICES, AND ULTIMATELY SPECIAL UNIQUE, OR FRAGILE JAIL RECREATIONAL PROGRAM IN ORDER TO CARE, TREAT, AND PROTECT MY FUNDAMENTAL STATUTORY AND CONSTITUTIONAL RIGHTS TO EQUAL PROTECTION AND FAIR TREATMENT AS ENVISIONED UNDER OUR STATE AND FEDERAL CONSTITUTIONAL RIGHTS AND PRIVILEDGES, WHICH ACURRED ON/OR ABOUT JULY 25-07 WHERE MY DOCTORS SAID I WAS CLEAN OF ANY

INFECTIONS AND THE MEDICAL DEPARTMENT AT DEPARTMENT OF CORRECTION DID NOT HELP IN KEEPING ME SO AS TO THE FACT THAT I LOST MY LIMB BECAUSE OF THEIR NEGLIGENCE TO SEE THE INFECTION THERE IN BECAUSE OF THEIR INADEQUACIES TO SEE WHAT WAS GOING ON WITH THE INFECTION THAT I GOT HERE AT THE JAIL THAT LEAD TO THIS. AT THIS TIME I ASK THAT THE COURT SEE THAT THIS IS THE WAY IT HAPPEN AND IT IS APPROPRIATE UNDER THE COLOR OF LAW. THAT MY PRAYER APPROPRIATE IN THIS CLAIM. I WILL PRAY FOR THE FOLLING IN THE SUIT

1. GENERAL DAMAGES
2. DAMAGES FOR NEGLIGENCE
3. PUNITIVE AS WELL AS SPECIAL DAMAGES
4. COST OF MEDICAL PAST AND PRESENT AND FURTURE
5. COURT COST AND FEES
6. ATTORNEY FEES

THIS IS IN COMPLIANCE WITH CIVIL CODE OF PROCEDURE WITH THE LAW OF THIS STATE.

Esteban Badillo

ESTEBAN G. BADILLO DATED 3-4-08

JS 44 - CAND (Rev 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**

ESTEBAN G. BADILLO
BK#08002573CBU 898.

**DEFENDANTS** COUNTY OF SANTA CLARA SANTA CLARA COUNTY VALLEY HEALTH AND HOSPITAL SYSTEN ADULT CUSTODY HEALTH SERVICES, SANTA CLARA COUNTY DEPARTMENT OF CORRECTION, AND THE DOES 1-50 ET. AL.

ADR

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ________
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ________
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

C08 01331 PJH

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

(For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated *or* Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated *and* Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ■ Original Proceeding
- ☐ Removed from State Court
- ☐ Remanded from Appellate Court
- ☐ Reinstated or Reopened
- ☐ Transfered from Another district (specify)
- ☐ Multidistrict Litigation
- ☐ Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury Med Malpractice
- ☐ 365 Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt Relations
- ☐ 730 Labor/Mgmt Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl.Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (US Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights
- ☐ 445 Amer w/ disab - Empl
- ☐ 446 Amer w/ disab - Other
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV

**PRISONER PETITIONS**
- ☐ 510 Motion to Vacate Sentence Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ■ 550 Civil Rights
- ☐ 555 Prison Condition

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $☐ CHECK YES only if demanded in complaint:
JURY DEMAND: ■ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)

(PLACE AND "X" IN ONE BOX ONLY) ☐ SAN FRANCISCO/OAKLAND ■ SAN JOSE

DATE SIGNATURE OF ATTORNEY OF RECORD

Esteban, Badillo
986 Colusa Ave
Sunnyvale Ca. 94086

Purple Heart USA 41

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIF 95113-3095