NC



```
                                              FILED
                                          2008 MAR -7  P 3:56

                                          RICHARD W. WIEKING
                                                CLERK
                                          U.S. DISTRICT COURT
                                          NO. DIST. OF CA. S.J.
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ESTEBAN BADILLO

Plaintiff,   CASE NO. C 08 01331 PJH

vs.
COUNTY OF SANTA CLARA, SANTA CLARA
COUNTY VALLEY HEALTH AND HOSPITAL SYSTEM
ADULT CUSTODY HEALTH SERVICES, SANTA
CLARA COUNTY DEPARTMENT OF
CORRECTION AND THE DOES 1-50 et.al.
                      Defendant.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Esteban Badillo, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.   (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.     Business, Profession or     Yes ___ No _X_
10         self employment
11     b.     Income from stocks, bonds,     Yes ___ No _X_
12         or royalties?
13     c.     Rent payments?     Yes ___ No _X_
14     d.     Pensions, annuities, or     Yes ___ No _X_
15         life insurance payments?
16     e.     Federal or State welfare payments,     Yes _X_ No ___
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21    $147.00  GA _____
22 _____
23 3.     Are you married?     Yes ___ No _X_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.     a.     List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?    Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?    Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account?  Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ __0__
17 Do you own any cash? Yes ___ No _X_ Amount: $ __0__
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No ___
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment         Total Owed on This Acct.
26 _____    $ _____        $ _____
27 _____    $ _____        $ _____
28 _____    $ _____        $ _____  9.  Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | _____
4 | _____
5 | 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ___ No _X_
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____
10 | _____
11 |    I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |    I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | _3·4·08_        _Esteban Badillo_
17 |    DATE         SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 4 -

1
2                                                              Case Number: _____
3
                                                                    CBN 898
4
5
6
7
8                                    **CERTIFICATE OF FUNDS**
9                                                  **IN**
10                                      **PRISONER'S ACCOUNT**
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of ESTEBAN  BADILLO  for the last six months
14   at
15                                          [prisoner name]
16   SCC DEPT OF CORRECTION  where (s)he is confined.
17               [name of institution]
18        I further certify that the average deposits each month to this prisoner's account for the
19   most recent 6-month period were $ ___30___ and the average balance in the prisoner's
20   account each month for the most recent 6-month period was $___.09___.
21
22   Dated: 2/14/08                          _____
23                                           [Authorized officer of the institution]
24                                           Accountant III
25
26
27
28