United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTEBAN G. BADILLO,

        Plaintiff,

   v.

COUNTY OF SANTA CLARA, et al.,

        Defendants.
                                /

No. C 08-1331 PJH (PR)

**ORDER OF DISMISSAL**

     This is a civil rights case filed pro se by a state prisoner. Mail that the clerk sent to plaintiff at his last known address has been returned by the postoffice as undeliverable. Plaintiff has not provided a current mailing address.

     More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. See Local R. 3-11(b).

     **IT IS SO ORDERED.**

Dated: June 16, 2008.

                                           PHYLLIS J. HAMILTON
                                           United States District Judge

G:\PRO-SE\PJH\CR.08\BADILLO1331.DSM.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ESTEBAN G. BADILLO,

        Plaintiff,

  v.

COUNTY OF SANTA CLARA, et al,

        Defendants.
_____/

Case Number: CV08-01331 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Esteban G. Badillo
986 Colusa Avenue
Sunnyvale, CA 94086

Dated: June 16, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk