United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTEBAN G. BADILLO,

    Plaintiff,                                    No. C 08-1331 PJH (PR)

  v.                                           **JUDGMENT**

COUNTY OF SANTA CLARA, et al.,

    Defendants.
_____/

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED.**

Dated: June 16, 2008.

                                            PHYLLIS J. HAMILTON
                                            United States District Judge

G:\PRO-SE\PJH\CR.08\BADILLO1331.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ESTEBAN G. BADILLO,

        Plaintiff,

v.

COUNTY OF SANTA CLARA, et al,

        Defendants.

                                        /

Case Number: CV08-01331 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Esteban G. Badillo
986 Colusa Avenue
Sunnyvale, CA 94086

Dated: June 16, 2008

                                      Richard W. Wieking, Clerk
                                      By: Nichole Heuerman, Deputy Clerk